CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WWE STUDIOS FINANCE CORP., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br>vs.<br>JOHN AND JANE DOES et al.<br><br>　　　　　　Defendants | Case Nos.: 2:17-cv-00897-MMD-NJK |

### CERTIFICATE OF SERVICE

I, the undersigned employee of HAMRICK & EVANS, hereby certify that I served a true correct copy of the order issued by this Court in the above-referenced case May 23, 2017 [Doc. No. 9], upon the following Internet Service Providers in the following manner on the following dates and times:

1. To COX COMMUNICATIONS by transmitting via electronic mail a copy thereof to Jacqueline Murray, a subpoena specialist in their legal department at the email address Jacqueline.murray@cox.net at approximately 6:30 pm on May 23, 2017.

2. To CENTURYLINK COMMUNICATIONS by placing physical copies of the subject orders in an envelope and mailing said envelope on May 24, 2017, via the United States Mail, first class postage prepaid, to the registered agent

HAMRICK & EVANS LLP

address of CenturyLink Communications, located at 702 S. Carson Street, Ste. 200, Carson City, Nevada 89701.

Dated May 25, 2017.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723

HAMRICK & EVANS LLP

2