CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WWE STUDIOS FINANCE CORP., a Delaware corporation,<br><br>        Plaintiff,<br>vs.<br><br>CHERI BUSBY, BRANDY WHITED, DATICIA STRONG, MARC GERSTEIN, ADRIAN SAHAGUN, SYLVIA TERRY, EALANI WHITE, MICHAEL A YOUNG, ANA CAMPOS, MICHAEL WILLIAMS, OSCAR MUNOZ,<br><br>        Defendants. | Case No.: 2:17-cv-00897-MMD-NJK |

**NOTICE OF VOLUNTARY DISMISSAL**

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff WWE STUDIOS FINANCE CORP., by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses the above-captioned case.

Respectfully submitted June 14, 2017.

                                      /s/ Charles C. Rainey
                                      CHARLES C. RAINEY, ESQ.
                                      Nevada Bar No. 10723
                                      crainey@hamricklaw.com
                                      HAMRICK & EVANS LLP
                                      7670 W. Lake Mead Blvd., Ste. 140
                                      Las Vegas, Nevada 89128
                                      +1.702.425.5100 (ph) / +1.818.763.2308 (fax)
                                      *Attorney for Plaintiff*

HAMRICK & EVANS LLP